**Order entered February 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00977-CR

**DAVID PHELPS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-55279-M**

## ORDER

The reporter's record was due December 12, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated December 14, 2018 and instructed her to file, by January 13, 2019 (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** court reporter Belinda Baraka to file, **WITHIN TWENTY-ONE DAYS OF THE DATE OF THIS ORDER**, the complete reporter's record in this appeal. We caution Ms. Baraka that the failure to do so may result in the Court taking whatever remedies it has

available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

.

/s/    BILL PEDERSEN, III
       JUSTICE